United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:22-cr-00292-03 |
| | § | |
| SILVERIO MORENO-CALDERON, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

On June 13, 2022, the instant case was called for a Final Pretrial Conference to set this case for trial. The Court, after hearing from all parties, sets this case for jury selection on **June 21, 2022, at 9:00 a.m.** with trial to commence immediately thereafter.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 13th day of June 2022.

_____
Micaela Alvarez
United States District Judge